IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TERRENCE SHANAHAN, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>JUICIFY, INC.,<br><br>    Defendant. | Case No.: 1:21-cv-05483-EEC<br><br>Honorable Edmond E. Chang |

### NOTICE OF SETTLEMENT

NOW COMES PLAINTIFF, in his individual capacity, by and through his attorney, to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that the Court vacate all pending dates and deadlines. Plaintiff requests the Court allow forty-five (45) days for the Parties to file a notice of dismissal. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: June 15, 2022

                                                               By:    /s/ Mark L. Javitch
                                                                       Mark L. Javitch (admitted *pro hac vice*)
                                                                       Javitch Law Office
                                                                       480 S. Ellsworth Avenue
                                                                       San Mateo, CA 94401
                                                                       Telephone: (650) 781-8000
                                                                       Facsimile: (650) 648-0705
                                                                       *mark@javitchlawoffice.com*

                                                                      *Attorneys for Plaintiff*