**IN THE UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| TERRENCE SHANAHAN, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>JUICIFY, INC.,<br><br>    Defendant. | Case No.: 1:21-cv-05483-EEC<br><br>Honorable Edmond E. Chang |

**STIPULATION OF VOLUNTARY DISMISSAL**

Now Comes Plaintiff TERRENCE SHANAHAN, in his individual capacity, and Defendant JUICIFY, INC., by and through their respective attorneys, and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims with prejudice, with each side bearing their own costs and attorney's fees.

Dated: June 22, 2022

Respectfully submitted,

By: /s/ Mark L. Javitch

Mark L. Javitch
*Attorneys for Plaintiff*

By: /s/ Karen S. Hockstad

Karen S. Hockstad
*Attorneys for Defendant*